IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Kousay Askar and Pita Franchising
Corp., a Michigan corporation,
Plaintiffs

Case No. 2:09-cv-10187

v.

Frank J. Lombardo, Pita, Inc., a
Michigan corporation, and Pita
Development, Inc., a Michigan
corporation,
Defendants
________________________________/

COMPLAINT

Plaintiffs say:

1. Plaintiff Kousay Askar is a resident of Oakland County within the Eastern District of Michigan.

2. Plaintiff Pita Franchising Corp. is a Michigan corporation with offices in Oakland County within the Eastern District of Michigan.

3. Defendant Frank J. Lombardo is a resident of Macomb County within the Eastern District of Michigan.

4. The amount in controversy, exclusive of interest and costs, is in excess of $75,000.00

5. This court has jurisdiction of this matter because this matter is brought and arises under the laws of the United States, specifically, the Racketeer Influenced and Corrupt Organizations Act, being 18 USC sections 1962 and 1964. Therefore this case presents a federal question under 28 USC 1331.

6. Prior to August 1, 2007, defendant Frank J. Lombardo was the majority shareholder of Pita Franchise Corp., a Michigan corporation engaged in the business of franchising stores under the name Mr. Pita.

7. On August 1, 2007, defendant Lombardo sold a majority of his stock in Pita Franchise Corp. to Kousay Askar.

8. Prior to August 1, 2007, and continuing to date, defendant was the owner of two corporations, Pita, Inc., and Pita Development, Inc., which owned and operated Mr. Pita franchise stores in Wayne, Oakland, and Macomb Counties.

9. The plaintiff corporation, Pita Franchise Corp., (as Franchisor) and the defendant corporations, Pita Inc., and Pita Development, Inc., (as Franchisees) at all relevant times conducted substantial business in interstate commerce and affecting interstate commerce.

10. Defendant Frank Lombardo devised a scheme and artifice to defraud plaintiffs and in carrying out that scheme committed two or more non-continuous illegal acts in violation of the laws of the United States; namely, mail fraud in violation of 18 USC 1341 and wire fraud in violation of 18 USC 1343. Further, in carrying out this scheme Frank Lombardo used his two corporations, Pita Inc., and Pita Development Inc., as instrumentalities of his illegal scheme.

11. Prior to the closing of the stock sale on August 1, 2007, which gave a majority interest in Pita Franchise Corp to Kousay Askar, Lombardo and his two defendant corporations had accrued payables to Pita Franchise Corp in the amount of $141,254.39. In order to defraud Pita Franchise Corp. and its new majority shareholder, Kousay Askar, out of this amount, defendant Lombardo, fraudulently and corruptly told the auditors of Pita Franchise Corp. to write off that debt. In carrying out this artifice and scheme defendant Lombardo used telephone communications with the auditors.

12. After the closing of the stock sale on August 1, 2007, which gave a majority interest in Pita Franchise Corp. to Kousay Askar, defendant Lombardo fraudulently and corruptly, on multiple occasions, converted the assets of Pita Franchise Corp to himself and the defendant corporations by directing employees of Pita Franchise Corp, namely Jeremy Jacobs, Jennifer Berch, and Michael Ruggero, to do work for defendant Pita, Inc., and/or defendant Pita Development, Inc. while those employees were being paid by plaintiff Pita Franchise Corp. The total of employee time converted in this way was approximately $60,000.00. In carrying out this scheme to defraud defendant Lombardo knew that these employees were paid by Pita Franchise Corp using direct deposit wire transfers into the employee bank accounts.

13. As a result of the foregoing, plaintiffs have been damaged in the amount of $201,254.39 for which they are entitled to treble damages in the amount of $603,763.17 plus actual attorney fees, interest, and costs of this action.

Wherefore, plaintiffs demand judgment against defendants, jointly and severally, in the amount of $603,763.17 plus actual attorney fees, interest, and costs of this action.

MARLINGA LAW GROUP, PLLC

s/ Carl J. Marlinga
Carl J. Marlinga P17102
Attorneys for Plaintiff
43550 Elizabeth Road
Clinton Township, MI 48036
586 468-1783
mail@marlingalaw.com

January 14, 2009